# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TU AHN TRAN, | ) Case No. SA CV 09-1430 ODW (JCG) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| JAMES WALKER, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 12, 2011

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE